UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    JOSEPH BOUSKA            : Bankruptcy No. 24-13715
                                   :
                                   :
          DEBTOR                   : Chapter 13

### CERTIFICATION OF SERVICE

I, Zachary Perlick, Esquire, attorney for the Debtor in the above-captioned matter, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

·Amended Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 7/28/25

/Zachary Perlick/
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA  19102
(215) 569-2922
zack@zacharyperlicklaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
215 627 1322
dcarlon@kmllawgroup.com
Creditor

Via: X CM/ECF ___1st Class Mail ___Certified Mail ___e-mail:_____ __ Other:

Marcus & Hoffman
326 W. State Street
Media, PA 19063
610 565 4660
mcunningham@marcushoffman.com
Creditor

Via: X CM/ECF ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

KENNETH E. WEST, Esquire
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

Via: X CM/ECF ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

**Joseph R. Bouska**
1016 Mulberry Street
Chester Springs, PA 19425
Debtor

Via: ___CM/ECF X 1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

All creditors on the attached list

Via: ___CM/ECF X 1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

7/28/25, 1:16 PM  Case 24-13715-amc    Doc 33    Filed 07/28/25    Live Database Area 07/28/25 13:28:39    Desc Main
Document    Page 3 of 5

24-13715-amc Joseph R. Bouska
Case type: bk Chapter: 13 Asset: Yes Vol: v Chief Judge: Ashely M. Chan
Date filed: 10/17/2024 Date of last filing: 06/10/2025

# Creditors

| | |
|---|---|
| **Absolute Resolutions Investments, LLC**<br>c/o Absolute Resolutions Corp.<br>8000 Normandy Center Drive, Suite 350<br>Minneapolis, MN 55437 | (14940021)<br>(cr) |
| **Absolute Resolutions Investments, LLC**<br>c/o Absolute Resolutions Corp.<br>8000 Normandy Center Drive, Suite 350<br>Minneapolis, MN 55437 | (14940007)<br>(cr) |
| **American Express National Bank**<br>c/o Becket & Lee, LP POB 3001<br>Malvern, PA 19355-0701 | (14940022)<br>(cr) |
| **American Express National Bank**<br>c/o Becket & Lee, LP POB 3001<br>Malvern, PA 19355-0701 | (14940008)<br>(cr) |
| **AT&T Mobility, LLC**<br>One AT&T Way Room 3A104<br>Bedminster, NJ 07921 | (14940009)<br>(cr) |
| **AT&T Mobility, LLC**<br>One AT&T Way Room 3A104<br>Bedminster, NJ 07921 | (14940023)<br>(cr) |
| **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (14940010)<br>(cr) |
| **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (14940024)<br>(cr) |
| **LVNV Funding, LLC**<br>Resurgent Capital Services PO Box 10587<br>Greenville, SC 29603-0587 | (14940011)<br>(cr) |
| **LVNV Funding, LLC**<br>Resurgent Capital Services PO Box 10587<br>Greenville, SC 29603-0587 | (14940025)<br>(cr) |
| **PA Department of Revenue**<br>Bureau of Compliance Dept. 280946<br>Harrisburg, PA 17128-0946 | (14940026)<br>(cr) |

| Creditor | ID |
|---|---|
| PA Department of Revenue<br>Bureau of Compliance Dept. 280946<br>Harrisburg, PA 17128-0946 | (14940012)<br>(cr) |
| PECO Bankruptcy Collections<br>2301 Market Street, N3-1<br>Philadelphia, PA 19103 | (14940013)<br>(cr) |
| PECO Bankruptcy Collections<br>2301 Market Street, N3-1<br>Philadelphia, PA 19103 | (14940027)<br>(cr) |
| Pennsylvania Department of Revenue<br>Bankruptcy Division PO BOX 280946<br>Harrisburg, PA 17128 | (14938254)<br>(cr) |
| Pickering Meadows Community Association<br>c/o Marcus & Hoffman, P.C.<br>326 West State Street<br>Media, PA 19063 | (14940028)<br>(cr) |
| Pickering Meadows Community Association<br>c/o Marcus & Hoffman, P.C.<br>326 West State Street<br>Media, PA 19063 | (14940014)<br>(cr) |
| Pickering Meadows Community Association<br>c/o Michelle J. Cunningham<br>326 W. State Street<br>Media, PA 19063 | (14938310)<br>(cr) |
| PNC Bank<br>2730 Liberty Ave<br>Pittsburgh, PA 15222-4704 | (14940015)<br>(cr) |
| PNC Bank<br>2730 Liberty Ave<br>Pittsburgh, PA 15222-4704 | (14937197)<br>(cr) |
| PNC Bank<br>2730 Liberty Ave<br>Pittsburgh, PA 15222-4704 | (14940029)<br>(cr) |
| PNC Bank, National Association<br>3232 Newmark Drive<br>Miamisburg, OH 45342 | (14963528)<br>(cr) |
| Portfolio Recovery Assoc., LLC<br>PO Box 41067<br>Norfolk, VA 23541 | (14940030)<br>(cr) |
| Portfolio Recovery Assoc., LLC<br>PO Box 41067<br>Norfolk, VA 23541 | (14940016)<br>(cr) |
| Premier Bankcard, LLC<br>c/o Jefferson Capital Systems, LLC | (14940017)<br>(cr) |

| | |
|---|---|
| POB 7999<br>Saint Cloud, MN 56302-9617 | |
| **Premier Bankcard, LLC**<br>c/o Jefferson Capital Systems, LLC<br>POB 7999<br>Saint Cloud, MN 56302-9617 | (14940031)<br>(cr) |
| **Quantum3 Group, LLC**<br>Velocity Investments, LLC PO Box 788<br>Kirkland, WA 98083-0788 | (14940018)<br>(cr) |
| **Quantum3 Group, LLC**<br>Velocity Investments, LLC PO Box 788<br>Kirkland, WA 98083-0788 | (14940032)<br>(cr) |
| **Sherrie Bouska** | (14940019)<br>(cr) |
| **Sherrie Bouska** | (14940033)<br>(cr) |
| **Volvo Car Financial Services, US, LLC**<br>c/o Weltman, Weinberg & Reis Co, LLP<br>965 Keynote Circle<br>Independence, OH 44131 | (14940034)<br>(cr) |
| **Volvo Car Financial Services, US, LLC**<br>c/o Weltman, Weinberg & Reis Co, LLP<br>965 Keynote Circle<br>Independence, OH 44131 | (14940020)<br>(cr) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/28/2025 13:18:04 | | | |
| **PACER Login:** | Ireland1969 | **Client Code:** | |
| **Description:** | Creditor List | **Search Criteria:** | 24-13715-amc Creditor Type: cr |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |