**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                 : CHAPTER 13
Joseph R. Bouska

                                      : BANKRUPTCY NO. 24-13715
                AMC Debtor (s)     AMC

**P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 1/13/2026 at 10:00 AM before chief judge, Ashely M. Chan

                                                                 Respectfully submitted,

Date: October 30, 2025                             /s/Jack K. Miller, Esquire for
                                                                 Kenneth E. West
                                                                 Chapter 13 Standing Trustee
                                                                 P.O. Box 40837
                                                                 Philadelphia, PA  19105