*Form 152* (1/25)–doc 42

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  )  <br>   Joseph R. Bouska  )  <br>   aka Joe Bouska  )  <br>   )  <br>   Debtor(s).  )  <br>   )  <br>   ) | Case No. 24–13715–amc  <br><br>Chapter: 13 |

## NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan on 1/13/26 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: October 30, 2025

For The Court

Mohung Wong  
Clerk of Court