United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13715-amc |
| Joseph R. Bouska | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 30, 2025 | Form ID: 152 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph R. Bouska, 1016 Mulberry Street, Chester Springs, PA 19425-1733 |
| 14940013 | + | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14938690 | + | Pickering Meadows Community Association, C/O Michelle J. Cunningham, 326 West State Street, Media, PA 19063-3861 |
| 14938310 | + | Pickering Meadows Community Association, c/o Michelle J. Cunningham, 326 W. State Street, Media, PA 19063-3861 |
| 14940014 | + | Pickering Meadows Community Association, c/o Marcus & Hoffman, P.C., 326 West State Street, Media, PA 19063-3861 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 31 2025 00:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14940007 | | Email/Text: Bankruptcy@absoluteresolutions.com | Oct 31 2025 00:25:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corp., 8000 Normandy Center Drive, Suite 350, Minneapolis, MN 55437 |
| 14940009 | + | Email/Text: g17768@att.com | Oct 31 2025 00:25:00 | AT&T Mobility, LLC, One AT&T Way Room 3A104, Bedminster, NJ 07921-2693 |
| 14940008 | | Email/PDF: bncnotices@becket-lee.com | Oct 31 2025 00:23:53 | American Express National Bank, c/o Becket & Lee, LP POB 3001, Malvern, PA 19355-0701 |
| 14940010 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 31 2025 00:26:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14940011 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2025 00:37:14 | LVNV Funding, LLC, Resurgent Capital Services PO Box 10587, Greenville, SC 29603-0587 |
| 14940012 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 31 2025 00:26:00 | PA Department of Revenue, Bureau of Compliance Dept. 280946, Harrisburg, PA 17128-0946 |
| 14937197 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 31 2025 00:25:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 14963528 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 31 2025 00:25:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14990967 | ^ | MEBN | Oct 31 2025 00:19:18 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14940016 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 31 2025 00:38:26 | Portfolio Recovery Assoc., LLC, PO Box 41067, Norfolk, VA 23541 |
| 14938254 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 31 2025 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14940017 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 31 2025 00:26:00 | Premier Bankcard, LLC, c/o Jefferson Capital Systems, LLC, POB 7999, Saint Cloud, MN 56302-7999 |
| 14940018 | | Email/Text: bnc-quantum@quantum3group.com | Oct 31 2025 00:26:00 | Quantum3 Group, LLC, Velocity Investments, LLC PO Box 788, Kirkland, WA 98083-0788 |
| 14940020 | + | Email/Text: BKRMailOps@weltman.com | Oct 31 2025 00:26:00 | Volvo Car Financial Services, US, LLC, c/o Weltman, Weinberg & Reis Co, LLP, 965 Keynote Circle, Independence, OH 44131-1829 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14940019 | | Sherrie Bouska |
| 14940033 | | Sherrie Bouska |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14940021 | *P++ | ABSOLUTE RESOLUTIONS CORPORATION, 8000 NORMAN CENTER DRIVE SUITE 350, BLOOMINGTON MN 55437-1118, address filed with court:, Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corp., 8000 Normandy Center Drive, Suite 350, Minneapolis, MN 55437 |
| 14940023 | *+ | AT&T Mobility, LLC, One AT&T Way Room 3A104, Bedminster, NJ 07921-2693 |
| 14940022 | * | American Express National Bank, c/o Becket & Lee, LP POB 3001, Malvern, PA 19355-0701 |
| 14940024 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14940025 | * | LVNV Funding, LLC, Resurgent Capital Services PO Box 10587, Greenville, SC 29603-0587 |
| 14940026 | * | PA Department of Revenue, Bureau of Compliance Dept. 280946, Harrisburg, PA 17128-0946 |
| 14940027 | *+ | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14940015 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 14940029 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 14940030 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Assoc., LLC, PO Box 41067, Norfolk, VA 23541 |
| 14940028 | *+ | Pickering Meadows Community Association, c/o Marcus & Hoffman, P.C., 326 West State Street, Media, PA 19063-3861 |
| 14940031 | *+ | Premier Bankcard, LLC, c/o Jefferson Capital Systems, LLC, POB 7999, Saint Cloud, MN 56302-7999 |
| 14940032 | * | Quantum3 Group, LLC, Velocity Investments, LLC PO Box 788, Kirkland, WA 98083-0788 |
| 14940034 | *+ | Volvo Car Financial Services, US, LLC, c/o Weltman, Weinberg & Reis Co, LLP, 965 Keynote Circle, Independence, OH 44131-1829 |

TOTAL: 2 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2025 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 30, 2025 | Form ID: 152 | Total Noticed: 20 |

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHELLE J. CUNNINGHAM | on behalf of Creditor Michelle J Cunningham Pickering Meadows Community Association mcunningham@marcushoffman.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Joseph R. Bouska Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com |

TOTAL: 6

*Form 152* (1/25)−doc 42

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Joseph R. Bouska<br>    aka Joe Bouska<br><br>    Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−13715−amc<br><br>Chapter: 13 |

## NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

on 1/13/26 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: October 30, 2025                                                                 For The Court

                                                                                                      Mohung Wong
                                                                                                      Clerk of Court