United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 24-13715-amc
Joseph R. Bouska | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Jan 13, 2026 | Form ID: pdf900 | Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Joseph R. Bouska, 1016 Mulberry Street, Chester Springs, PA 19425-1733 |
| cr | + | Michelle J Cunningham Pickering Meadows Community, Marcus & Hoffman, P.C., 326 W State Street, Media, PA 19063-3861 |
| 14940013 | + | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14938690 | + | Pickering Meadows Community Association, C/O Michelle J. Cunningham, 326 West State Street, Media, PA 19063-3861 |
| 14938310 | + | Pickering Meadows Community Association, c/o Michelle J. Cunningham, 326 W. State Street, Media, PA 19063-3861 |
| 14940014 | + | Pickering Meadows Community Association, c/o Marcus & Hoffman, P.C., 326 West State Street, Media, PA 19063-3861 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Jan 14 2026 00:21:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14940007 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jan 14 2026 00:21:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corp., 8000 Normandy Center Drive, Suite 350, Minneapolis, MN 55437 |
| 14940009 | + | Email/Text: g17768@att.com | Jan 14 2026 00:21:00 | AT&T Mobility, LLC, One AT&T Way Room 3A104, Bedminster, NJ 07921-2693 |
| 14940008 | | Email/PDF: bncnotices@becket-lee.com | Jan 14 2026 00:29:11 | American Express National Bank, c/o Becket & Lee, LP POB 3001, Malvern, PA 19355-0701 |
| 14940010 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 14 2026 00:21:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14940011 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2026 00:29:07 | LVNV Funding, LLC, Resurgent Capital Services PO Box 10587, Greenville, SC 29603-0587 |
| 14940012 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2026 00:21:00 | PA Department of Revenue, Bureau of Compliance Dept. 280946, Harrisburg, PA 17128-0946 |
| 14937197 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 14 2026 00:21:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 14963528 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 14 2026 00:21:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14990967 | ^ | MEBN | Jan 14 2026 00:16:07 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14940016 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2026 00:29:03 | Portfolio Recovery Assoc., LLC, PO Box 41067, Norfolk, VA 23541 |
| 14938254 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2026 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14940017 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 14 2026 00:21:00 | Premier Bankcard, LLC, c/o Jefferson Capital Systems, LLC, POB 7999, Saint Cloud, MN 56302-7999 |
| 14940018 | | Email/Text: bnc-quantum@quantum3group.com | Jan 14 2026 00:21:00 | Quantum3 Group, LLC, Velocity Investments, LLC PO Box 788, Kirkland, WA 98083-0788 |
| 14940020 | + | Email/Text: BKRMailOps@weltman.com | Jan 14 2026 00:21:00 | Volvo Car Financial Services, US, LLC, c/o Weltman, Weinberg & Reis Co, LLP, 965 Keynote Circle, Independence, OH 44131-1829 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14940019 | | Sherrie Bouska |
| 14940033 | | Sherrie Bouska |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14940021 | *P++ | ABSOLUTE RESOLUTIONS CORPORATION, 8000 NORMAN CENTER DRIVE SUITE 350, BLOOMINGTON MN 55437-1118, address filed with court:, Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corp., 8000 Normandy Center Drive, Suite 350, Minneapolis, MN 55437 |
| 14940023 | *+ | AT&T Mobility, LLC, One AT&T Way Room 3A104, Bedminster, NJ 07921-2693 |
| 14940022 | * | American Express National Bank, c/o Becket & Lee, LP POB 3001, Malvern, PA 19355-0701 |
| 14940024 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14940025 | * | LVNV Funding, LLC, Resurgent Capital Services PO Box 10587, Greenville, SC 29603-0587 |
| 14940026 | * | PA Department of Revenue, Bureau of Compliance Dept. 280946, Harrisburg, PA 17128-0946 |
| 14940027 | *+ | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14940015 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 14940029 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 14940030 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Assoc., LLC, PO Box 41067, Norfolk, VA 23541 |
| 14940028 | *+ | Pickering Meadows Community Association, c/o Marcus & Hoffman, P.C., 326 West State Street, Media, PA 19063-3861 |
| 14940031 | *+ | Premier Bankcard, LLC, c/o Jefferson Capital Systems, LLC, POB 7999, Saint Cloud, MN 56302-7999 |
| 14940032 | * | Quantum3 Group, LLC, Velocity Investments, LLC PO Box 788, Kirkland, WA 98083-0788 |
| 14940034 | *+ | Volvo Car Financial Services, US, LLC, c/o Weltman, Weinberg & Reis Co, LLP, 965 Keynote Circle, Independence, OH 44131-1829 |

TOTAL: 2 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2026 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 13, 2026 | Form ID: pdf900 | Total Noticed: 21 |

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHELLE J. CUNNINGHAM | on behalf of Creditor Michelle J Cunningham Pickering Meadows Community Association mcunningham@marcushoffman.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Joseph R. Bouska Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com |

TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     JOSEPH BOUSKA     :     CHAPTER 13
:
:
          DEBTOR           :     BANKRUPTCY No. 24-13715AMC

ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This chapter 13 bankruptcy case is DISMISSED.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or, (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326 (a)(2).

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN

Dated: Jan. 13, 2026