United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 24-13715-amc

Joseph R. Bouska                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 13, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2026:**

**Recip ID                    Recipient Name and Address**
db                        +  Joseph R. Bouska, 1016 Mulberry Street, Chester Springs, PA 19425-1733

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2026                         Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2026 at the address(es) listed below:**

**Name                                   Email Address**

DENISE ELIZABETH CARLON
                        on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

KENNETH E. WEST
                        ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                        on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHELLE J. CUNNINGHAM
                        on behalf of Creditor Michelle J Cunningham Pickering Meadows Community Association mcunningham@marcushoffman.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
                        on behalf of Debtor Joseph R. Bouska Perlick@verizon.net

District/off: 0313-2                                    User: admin                                         Page 2 of 2

Date Rcvd: Feb 13, 2026                                Form ID: pdf900                                   Total Noticed: 1

pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      JOSEPH BOUSKA          :         CHAPTER 13

                                    :

                                    :

          DEBTOR                 :         BANKRUPTCY No. 24-13715 AMC

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $7,500.00 |
| Total expense cost: | $    .00 |
| Attorney fee already paid by Debtor | $2,500.00 |
| Net amount to be paid by Trustee | $5,000.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN

**Date: February 13, 2026**

Dated: